## 54129. MIDDLETON et al. v. STATE FARM LIFE INSurance COMPANY et al.

SHULMAN, Judge.

This appeal is from an order dismissing the complaints of three plaintiffs in a multi-party action. The

complaints of other plaintiffs remain pending. There has been no express determination or direction as to the finality of the order as is provided for by Code Ann. § 81A-154 (b). Nor did the trial judge enter a certificate under the provisions of Code Ann. § 6-701 (a) 2. Hence, the appeal is premature and must be dismissed. *Walker v. Robinson,* 232 Ga. 361 (207 SE2d 6).

*Appeal dismissed. Quillian, P. J., and Banke, J., concur.*

Argued July 11, 1977 — Decided September 6, 1977.

*Antonio L. Thomas,* for appellants.

*Smith, Harman, Asbill, Roach & Nellis, Alfred R. Roach, Richard D. Elliott, Long, Aldridge, Heiner, Stevens & Sumner, Daniel J. Thompson, Jr.,* for appellees.